[No. 16110–5–I.   Division One.   October 27, 1986.]

ROGER E. BERG, *Appellant,* v. KING COUNTY,
*Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 83–2–14911–8, Frank James, J. Pro Tem.,
entered February 1, 1986. *Affirmed* by unpublished opinion
per Cole, J. Pro Tem., concurred in by Dolliver and Schul-
theis, JJ. Pro Tem.

[No. 17986–1–I.   Division One.   October 27, 1986.]

THE STATE OF WASHINGTON, *Appellant,* v.
WARREN GENTRY, *Respondent.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 85–1–00737–3, Dennis J. Britt, J.,
entered February 24, 1986. *Affirmed* by unpublished per
curiam opinion.

[No. 14542–8–I.   Division One.   October 27, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v.
GORDON FITTERER, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 83–1–02586–5, George T. Mattson, J., entered
February 24, 1984. *Affirmed* by unpublished opinion per
Swanson, J., concurred in by Coleman, J., Ringold, A.C.J.,
dissenting.